USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/20/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G.J.,

                              Plaintiff,

                  -against-                                          26 Civ. 4190 (NSR)

PAUL ARTETA, *in his official capacity as*                          ORDER
*Sheriff of Orange County, New York and*
*Warden of the Orange County Correctional*
*Facility*, ET AL.,

                              Defendants.

NELSON S. ROMÁN, United States District Judge:

    Petitioner has filed a motion for permission to proceed under pseudonym. (ECF No. 3.)

    The Government is directed to file its opposition on or before May 26, 2026, at 12:00

p.m. noon, and Petitioner is directed to file a reply, if any, on or before June 3, 2026, at 12:00

p.m. noon.

                                        SO ORDERED.

Dated:    May 20, 2026
          White Plains, New York

                                        _____
                                        NELSON S. ROMÁN
                                        United States District Court Judge, S.D.N.Y.