USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/26/2026

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

E.G.J.

*Petitioner,*

   v.

PAUL ARTETA
     in his official capacity as Sheriff of Orange
     County, New York and Warden of the Orange
     County Correctional Facility;

KENNETH GENALO,
     in his official capacity as Acting Field
     Office Director of New York, Immigration
     and Customs Enforcement;

TODD M. LYONS,
     in his official capacity as Acting Director,
     United States Immigration and Customs
     Enforcement;

MARKWAYNE MULLIN,
     in his official capacity as Secretary, U.S.
     Department of Homeland Security;

TODD BLANCHE,
     in his official capacity as Acting Attorney
     General, U.S. Department of Justice,

   *Respondents.*

Case No. 7:26-CV-4190

### ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good

cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to

proceed under the pseudonym E.G.J. The Clerk of Court is directed to terminate the motion at ECF No. 3.

It is so **ORDERED.**

Dated: May 26, 2026
White Plains, New York

_____
NELSON S. ROMÁN
United States District Court Judge