ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

MEMO ENDORSED

September 15, 2026

Daniel C. Zinman
daniel.zinman@ashurstperkins.com
D. +1.212.261.6856
F. +1.212.399.8076

**VIA ECF**

Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

**The Government is kindly directed to respond by tomorrow, September 16, 2026, at noon.**

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 25.**
**Dated: September 15, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Re: *E.G.J. v. Arteta et al*, No. 7:26-cv-4190 NSR-JCM**

Dear Judge Román:

We write on behalf of Petitioner E.G.J. to notify the Court of a material development and to respectfully request a modest amendment to the Court's Opinion & Order entered on Friday, September 11, 2026 (ECF No. 24).

As the Court is aware, the September 11 Order adopted Magistrate Judge McCarthy's Report and Recommendation, directed the Government to provide E.G.J. with an individualized bond hearing before an immigration judge on or before September 17, 2026 at 2:00 p.m., and enjoined the Government from transferring E.G.J. outside the jurisdiction of this Court.

Notwithstanding that injunction, we have since learned that the Government transferred E.G.J. on Friday, September 11, 2026, from the Orange County Correctional Facility to the Metropolitan Detention Center in Brooklyn, New York. E.G.J. is therefore no longer detained within the Southern District of New York, but is now located within the Eastern District of New York.

In light of this development, we respectfully request that the Court amend its September 11 Order to enjoin the Government from transferring E.G.J. outside of both the Southern District of New York and the Eastern District of New York while his petition remains pending. Because E.G.J. is now detained within the Eastern District, this modest amendment is necessary to preserve the status quo, protect the Court's jurisdiction, and prevent the irreparable harm the Order was entered to avoid—including any further transfer that would frustrate the Court's ability to grant effective relief and disrupt E.G.J.'s access to counsel.

We thank the Court for its attention to this time-sensitive matter.

Respectfully submitted,

Daniel C. Zinman

Daniel C. Zinman
*Counsel for Petitioner E.G.J.*

cc: Erica Silverman (via email: Erica.Silverman@usdoj.gov)
Jeffrey Stuart Oestericher (via email: Jeffrey.Oestericher@usdoj.gov)