USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G.J.,

Plaintiff,

-against-

ARTETA ET AL,

Defendants.

26-CV-4190 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court's September 11, 2026, Opinion & Order (ECF No. 24) adopting Magistrate Judge McCarthy's R&R is amended with the consent of the Government to include the Eastern District of New York in addition to the Southern District of New York for jurisdictions E.G.J. cannot be transferred from while E.G.J.'s petition remains pending.

Dated: September 16, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE